# Exhibit A

US009025303B2

# (12) United States Patent
## Waddell et al.

(10) Patent No.: US 9,025,303 B2
(45) Date of Patent: *May 5, 2015

(54) **ION GENERATION DEVICE**

(71) Applicant: **Global Plasma Solutions, LLC**, Savannah, GA (US)

(72) Inventors: **Charles Houston Waddell**, Roanoke, VA (US); **Joseph Anton Christiansen**, Savannah, GA (US)

(73) Assignee: **Global Plasma Solutions, LLC**, Savannah, GA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **14/021,507**

(22) Filed: **Sep. 9, 2013**

(65) **Prior Publication Data**

US 2014/0078639 A1   Mar. 20, 2014

**Related U.S. Application Data**

(63) Continuation of application No. 12/578,753, filed on Oct. 14, 2009, now Pat. No. 8,564,924.

(51) Int. Cl.
*H01T 23/00* (2006.01)
*B03C 3/41* (2006.01)
*B03C 3/011* (2006.01)

(52) U.S. Cl.
CPC . *B03C 3/41* (2013.01); *H01T 23/00* (2013.01); *B03C 3/011* (2013.01)
USPC ............................................................ **361/231**

(58) **Field of Classification Search**
USPC ............................................................ 361/231
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,757,422 A | 7/1988 | Bossard et al. | |
| 4,809,127 A | 2/1989 | Steinman et al. | |
| 5,741,352 A * | 4/1998 | Ford et al. ............... | 96/68 |
| 6,680,033 B2 * | 1/2004 | Ishii ........................ | 422/306 |
| 6,850,403 B1 | 2/2005 | Gefter et al. | |
| 7,177,133 B2 | 2/2007 | Riskin | |
| 7,256,979 B2 | 8/2007 | Sekoguchi et al. | |
| 8,106,367 B2 | 1/2012 | Riskin | |

* cited by examiner

*Primary Examiner* — Stephen W Jackson
(74) *Attorney, Agent, or Firm* — Clements Bernard PLLC; Seth L. Hudson

(57) **ABSTRACT**

The present invention provides methods and systems for an ion generator device that includes a base, a first and second pair of spaced-apart, opposed sidewalls projecting from the base to collectively form an interior storage compartment and to define an upper edge, a top portion engaged to the upper edge, at least one high voltage wire extending from the device, and a power supply for providing a voltage to the high voltage wire for producing ions.

**20 Claims, 7 Drawing Sheets**





Fig. 1



Fig. 2



Fig. 3



Fig. 4



Fig. 5



Fig. 6



Fig. 7

# ION GENERATION DEVICE

## CROSS REFERENCE TO RELATED PATENT APPLICATION

This application is a continuation-in-part of co-pending U.S. patent application Ser. No. 12/578,753 filed Oct. 14, 2009, and entitled "SYSTEMS AND METHODS OF AIR TREATMENT USING BIPOLAR IONIZATION," the contents of which are incorporated in full by reference herein.

## FIELD OF THE INVENTION

The present invention relates generally to the field of air treatment, and more particularly to the treatment of air using bipolar ionization.

## BACKGROUND OF THE INVENTION

Air and other fluids are commonly treated and delivered for a variety of applications. For example, in heating, ventilation and air-conditioning (HVAC) applications, air may be heated, cooled, humidified, dehumidified, filtered or otherwise treated for delivery into residential, commercial or other spaces.

Needs exist for improved systems and methods of treating and delivering air for these and other applications. It is to the provision of improved systems and methods meeting these needs that the present invention is primarily directed.

## BRIEF SUMMARY OF THE INVENTION

According to an embodiment of the present invention, an ion generator device includes a base, a first and second pair of spaced-apart, opposed sidewalls projecting from the base to collectively form an interior storage compartment and to define an upper edge, a top portion engaged to the upper edge, at least one high voltage wire extending from the device, and a power supply for providing a voltage to the high voltage wire for producing ions.

According to another embodiment of the present invention, an ion generator device includes a base having an outer edge and the first and second pair of spaced-apart, opposed sidewalls projecting therefrom.

According to yet another embodiment of the present invention, an ion generator device includes a base having an outer edge and the first and second pair of spaced-apart, opposed sidewalls projecting therefrom.

According to yet another embodiment of the present invention, an ion generator device includes a transformer housed within the interior storage compartment and is engaged to the power supply and the at least one high voltage wire.

According to yet another embodiment of the present invention, an ion generator device includes two high voltage wires extending from the device, wherein one of the high voltage wires produces negative ions and the second high voltage wire produces positive ions.

According to yet another embodiment of the present invention, an ion generator device includes at least one bore within the top portion, whereby the at least one high voltage wire extends therethrough.

According to yet another embodiment of the present invention, an ion generator device includes a retention flange disposed on one of the sidewalls and extending therefrom.

According to yet another embodiment of the present invention, an ion generator device includes an LED light disposed on the top portion.

2

According to yet another embodiment of the present invention, an ion generator device includes a base that extends to an outer edge, a first and second pair of spaced-apart, opposed sidewalls projecting from the base to collectively form an interior storage compartment and to define an upper edge. The sidewalls each have an inner and outer sidewall surface and the second pair of opposed sidewalls intersect the first pair of opposed sidewalls to define corners. A top portion engaged to the upper edge, a first and a second high voltage wire extending from the device, and a power supply for providing a voltage to the high voltage wire for producing ions.

According to yet another embodiment of the present invention, an ion generator device includes a first brush engaged to the first high voltage wire and a second brush engaged to the second high voltage wire.

According to yet another embodiment of the present invention, an ion generator device includes a first brush engaged to the first high voltage wire and a second brush engaged to the second high voltage wire, wherein the first brush and second brush contain bristles composed of a thermoplastic impregnated with carbon.

According to yet another embodiment of the present invention, an ion generator device includes an interior cavity that includes an epoxy.

According to yet another embodiment of the present invention, an ion generator device includes a first bore and a second bore within the top portion, whereby the first high voltage wire extends through the first bore and the second high voltage wire extends through the second bore

According to yet another embodiment of the present invention, an ion generator device includes a retention flange with a hollow bore disposed therein, the retention flange is engaged to the device.

According to yet another embodiment of the present invention, an ion generator device includes a circuit board including a transformer disposed within the interior storage compartment.

According to yet another embodiment of the present invention, a method of producing ions includes providing an ion generator device including a base, a first and second pair of spaced-apart, opposed sidewalls projecting from the base to collectively form an interior storage compartment and to define an upper edge, a top portion engaged to the upper edge, at least one high voltage wire extending from the device, a power supply for providing a voltage to the high voltage wire for producing ions; and placing the ion generator device within the housing of the air handler unit.

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention is illustrated and described herein with reference to the various drawings, in which like reference numbers denote like method steps and/or system components, respectively, and in which:

FIG. **1** is a perspective view of the device;

FIG. **2** is a perspective view of the circuit board within the device;

FIG. **3** is a circuit diagram of the device;

FIG. **4** is a perspective view of the device within an air handler;

FIG. **5** is a top view of the device;

FIG. **6** is a top view of the sidewalls and base; and

FIG. **7** is a perspective view of an alternative embodiment of the device.

## DETAILED DESCRIPTION OF THE INVENTION

The present invention may be understood more readily by reference to the following detailed description of the inven-

3

tion taken in connection with the accompanying drawing figures, which form a part of this disclosure. It is to be understood that this invention is not limited to the specific devices, methods, conditions or parameters described and/or shown herein, and that the terminology used herein is for the purpose of describing particular embodiments by way of example only and is not intended to be limiting of the claimed invention. Any and all patents and other publications identified in this specification are incorporated by reference as though fully set forth herein.

Also, as used in the specification including the appended claims, the singular forms "a," "an," and "the" include the plural, and reference to a particular numerical value includes at least that particular value, unless the context clearly dictates otherwise. Ranges may be expressed herein as from "about" or "approximately" one particular value and/or to "about" or "approximately" another particular value. When such a range is expressed, another embodiment includes from the one particular value and/or to the other particular value. Similarly, when values are expressed as approximations, by use of the antecedent "about," it will be understood that the particular value forms another embodiment.

Referring now specifically to the drawings, and as illustrated in FIGS. **1**, **5**, and **6**, the bipolar ionization device is shown generally at reference numeral **10**. The device **10** includes a base **12** that extends to an outer edge. First and second pairs of opposed sidewalls **14**, **16** extend from the outer edge of the base **12** to an upper edge **18**. The sidewalls **14**, **16** each have an inner and outer sidewall surfaces **20**, **22**. As shown in FIG. **6**, each of the second pair of sidewalls **16** interconnects the first pair of sidewalls **14** to define corners **24** and an interior storage compartment **26**. At lease one retention flange **28** extends from a first or second sidewall **14**, **16** or the base **12**. A top portion **30** is engaged above the interior storage compartment **26**, and preferably on the upper edge of the first and second pairs of opposed sidewalls **14**, **16**, forming an enclosed interior storage compartment **26**.

A circuit board **32**, as illustrated in FIG. **2**, is contained within the interior storage compartment **26**, having a circuit diagram as shown in FIG. **3**. The circuit board **32** is not continuous and has air gaps **34** contained therein. The purpose of the air gaps **34** is to prevent the high voltage from jumping to the low voltage area, and preventing the low voltage from jumping to the high voltage area. The interior storage compartment **26** may be filled with an epoxy. The circuit board **32** includes a power supply source **36**, a transformer **38**, and a first high voltage wire **40**, and a second high voltage wire **42**.

The top portion **30** of the device **10** contains at least two bores **44** that extend therethrough to the interior storage compartment **26**. The first high voltage wire **40** extends through a bore **44** and the second high voltage wire **42** extends through another bore **44**. In one embodiment, a hollow column **46** encircles the bore **44** and extends perpendicularly upward from the top portion **30** of the device **10** for providing support to the first or second high voltage wire (**40**,**42**). As illustrated, a hollow column **46** encircles the bore **44** containing the first high voltage wire **40**, and a hollow column **46** encircles the bore **44** containing the second high voltage wire **40**. The end of the first and second high voltage wire (**40**,**42**) contains a brush **48** that contains a plurality of bristles that extend outwardly away from the brush **48**. The brush **48** and its bristles may be made of any material that conducts electricity. In one embodiment, the bristles of the brush **48** is composed of a thermoplastic polymer imbedded with conductive material that allows the polymer to conduct electricity. For example, the bristles of the brush **48** may be composed of polypropy-

4

lene or polyethylene and impregnated with carbon. Generally, the bristles of the brush **48** may contain between about 20 to about 80 wt % polypropylene copolymer or polyethylene copolymer, between about 5 to about 40 wt % talc, and from about 5 to 40 wt % carbon black. However, any other resistive, inductive, reactive or conductive plastic or non-metallic material may be utilized for the bristles of the brush **48**.

The brush **48** is engaged to the end of the high voltage wires **40**,**42**. In one embodiment, the brush **48** is crimped to the end of the high voltage wires **40**, **42** extending outwardly from the device **10**. In another embodiment, the brush **48** is engaged to the end of the high voltage wires **40**, **42** extending outwardly from the device **10** by heat shrink. The high voltage wires **40**, **42** come off the transformer **38** at 6500 volts, wherein the first high voltage wire **40** and associated brush **48** deposits a stream of negative ions **68**a into the surrounding air and the second high voltage wire **42** and associated brush **48** deposits positive ions **68**b into the surrounding air.

The device **10** preferably produces approximately equal amounts of positive **68**b and negative ions **68**a, regardless of airflow velocity or other conditions such as humidity or temperature. In example forms, the device **10** produces positive ions **68**b and negative ions **68**a in a concentration of at least about $10^9$ ions/second, and operates on 24 VAC, 110 VAC or 200 VAC to 240 VAC without the use of an external transformer. In alternate embodiments, the device generates negative ions **68**a only, or positive ions **68**b only, or generate negative ions **68**b and positive ions **68**a in unequal quantities. The device **10** optionally utilizes nano-electronic components allowing the device to be very compact, requiring less than 1 watt/ion generator module, for example less than 0.5 watts/ion module, and in further examples less than 0.36 watts per ion module.

In one embodiment, the top portion **30** of the device **10** may contain an LED bore **50** that extends through the top portion **30** and into the interior storage compartment **26**. An LED light **52** is positioned over the LED bore **50** and engaged to an LED wire that extends from the circuit board **32** to the LED light **52**. When current is flowing through the high voltage wires **40**, **42**, current also flows through the LED wire and illuminates the LED light **52**, indicating the device **10** is operating. The top portion **30** contains a first power supply bore **54** and a second power supply bore **56** for receiving the positive and negative power supply wires that serve as the power supply source **36**.

FIG. **4** shows internal components of an individual air handler unit according to one embodiment of the invention. An inlet airflow **58** flowing through a conduit such as the housing of the air handler unit or a duct is filtered through a filter **60** such as a mesh, screen, paper, cloth or other filter media. A filtered airflow **62** downstream of the filter **60** is treated by discharge of bipolar ionization **64** from the device **10** to form an ionized airflow **66**. The bipolar ionization **64** comprises a stream of negatively charged (−) ions **68**a, and a stream of positively charged (+) ions **68**b. The ionized airflow **66** enters the inlet of a fan or blower **70** for delivery to the treated air space, and is optionally heated or cooled by passing across or through a cooling coil or heating element. The coil, filter **60**, device **10** and fan **70** are optionally mounted within a housing of the air handler unit. Example modes of attachment of the device **10** include, without limitation, adhesive, hook-and-loop fasteners, straps, screws, clips or other mechanical fasteners, magnetic mounting, and/or mounting brackets or carriers affixed to or through the housing or associated ductwork. The mode of attachment may be inserted through a bore **72** in the retention flange **28** for engaging the device **10** to the housing of an air handler unit.

The bipolar ion generator **38** is positioned and secured in place within the housing of the air handler unit such that the electrodes **40$^+$** and **40$^-$** are aligned generally perpendicularly to the direction of the airflow **34** across the ion generator, to prevent recombination of the positively charged ions with the negatively charged ions. In other words, a vector representing the average flow velocity of the airflow **34** is at approximately a right angle (90°) to an axis A extending between the electrodes **40$^+$** and **40$^-$**. One or more ion generator(s) **38** can be installed within the housing of each air handler unit, as required to generate the desired level of ion delivery for a given airflow, as may be determined by the airflow rate (CFM) of the fan **44** and ion discharge rate of each ion generator. The ion generator(s) are preferably positioned generally centrally in relation to the airflow or evenly distributed across the airflow path. If more than one ion generator is provided in an air handler unit, they are sufficiently spaced and positioned relative to one another to minimize recombination of positive ions with negative ions.

The treatment of air by delivery of bipolar ionization to an airflow within a conduit according to the systems and methods of the present invention may be utilized for various purposes. For example, application of bipolar ionization to an airflow within an HVAC conduit such as an air handler housing or duct may be utilized to abate allergens, pathogens, odors, gases, volatile organic compounds, bacteria, virus, mold, dander, fungus, dust mites, animal and smoke odors, and/or static electricity in a treated air space to which the airflow is directed. Ionization of air in living and working spaces may reduce building related illness and improve indoor air quality; and additionally can reduce the quantity of outside air needed to be mixed with the treated indoor air, reducing heating and cooling costs by enabling a greater degree of air recirculation.

The base **12**, first and second pair of sidewalls **14**, **16**, top portion **30**, and retention flange **28** may be composed of a plastic. As illustrated, the first pair of sidewalls **14** is greater in width than the second pair of sidewalls **16**. The retention flange **28** is positioned on one of the first pair of sidewalls **14**. However, it should be noted that the retention flange **28** may be disposed on any of the sidewalls. Alternatively, two retention flanges **28** may be disposed on the sidewalls of the device **10**. In another alternative embodiment, a plurality of retention flanges **28** may be disposed on the sidewalls.

An alternative embodiment of the device **110** is illustrated in FIG. 7. The device **110** contains a first and second elongate high voltage wire (**140**, **142**). The first and second high voltage wire (**140**,**142**) contain a brush **148**. The elongated first and second high voltage wire (**140**,**142**) are able to extend substantially away from the base **112** and sidewalls **114**,**116**. The first and second high voltage wires (**140**,**142**) are preferably less than two feet in length, and more preferably are equal to or less than twelve inches long, and most preferably equal to or less than between twelve inches long and four inches long. The first and second high voltage wires (**140**, **142**) contain a first end and a second end. The first end is engaged to the housing of the device **10** and the second end extends outward and contains the brush **148**. A brush holder **174** is disposed on the second end.

Although the present invention has been illustrated and described herein with reference to preferred embodiments and specific examples thereof, it will be readily apparent to those of ordinary skill in the art that other embodiments and examples may perform similar functions and/or achieve like results. All such equivalent embodiments and examples are within the spirit and scope of the present invention and are intended to be covered by the following claims.

What is claimed is:

1. An ion generator device, comprising:
   a base,
   a first and second pair of spaced-apart, opposed sidewalls projecting from the base to collectively form an interior storage compartment and to define an upper edge;
   a top portion engaged to the upper edge;
   at least one high voltage wire extending from the device;
   a power supply for providing a voltage to the high voltage wire for producing ions.

2. The ion generator device of claim **1**, further comprising a base having an outer edge and the first and second pair of spaced-apart, opposed sidewalls projecting therefrom.

3. The ion generator device of claim **1**, further comprising a transformer housed within the interior storage compartment and is engaged to the power supply and the at least one high voltage wire.

4. The ion generator device of claim **1**, further comprising two high voltage wires extending from the device, wherein one of the high voltage wires produces negative ions and the second high voltage wire produces positive ions.

5. The ion generator device of claim **1**, further comprising at least one bore within the top portion, whereby the at least one high voltage wire extends therethrough.

6. The ion generator device of claim **1**, further comprising a retention flange disposed on one of the sidewalls and extending therefrom.

7. The ion generator device of claim **1**, further comprising an LED light disposed on the top portion.

8. An ion generator device, comprising:
   a base that extends to an outer edge,
   a first and second pair of spaced-apart, opposed sidewalls projecting from the base to collectively form an interior storage compartment and to define an upper edge, the sidewalls each have an inner and outer sidewall surface and the second pair of opposed sidewalls intersect the first pair of opposed sidewalls to define corners;
   a top portion engaged to the upper edge;
   a first and a second high voltage wire extending from the device;
   a power supply for providing a voltage to the high voltage wire for producing ions.

9. The ion generator of claim **8**, further comprising a first brush engaged to the first high voltage wire and a second brush engaged to the second high voltage wire.

10. The ion generator of claim **8**, further comprising a first brush engaged to the first high voltage wire and a second brush engaged to the second high voltage wire, wherein the first brush and second brush contain bristles composed of a thermoplastic impregnated with carbon.

11. The ion generator of claim **8**, wherein the interior cavity includes an epoxy.

12. The ion generator of claim **8**, wherein one of the high voltage wires produces negative ions and the second high voltage wire produces positive ions.

13. The ion generator device of claim **8**, further comprising a first bore and a second bore within the top portion, whereby first high voltage wire extends through the first bore and the second high voltage wire extends through the second bore.

14. The ion generator device of claim **8**, further comprising a retention flange with a hollow bore disposed therein, the retention flange is engaged to the device.

15. The ion generator device of claim **8**, further comprising an LED light disposed on the device.

16. The ion generator device of claim **8**, further comprising a circuit board including a transformer disposed within the interior storage compartment.

17. A method of producing ions, comprising:
providing an ion generator device including a base, a first and second pair of spaced-apart, opposed sidewalls projecting from the base to collectively form an interior storage compartment and to define an upper edge, a top portion engaged to the upper edge, at least one high voltage wire extending from the device, a power supply for providing a voltage to the high voltage wire for producing ions; and
placing the ion generator device within the housing of the air handler unit.

18. The method of producing ions according to claim **17**, further comprising an ion generation device including two high voltage wires extending from the device, wherein one of the high voltage wires produces negative ions and the second high voltage wire produces positive ions.

19. The method of producing ions according to claim **17**, further comprising an ion generation device including a brush with bristles composed of a thermoplastic impregnated with a carbon engaged to the at least on high voltage wire.

20. The method of producing ions according to claim **17**, further comprising an ion generation device including a retention flange with a hollow bore disposed therein, the retention flange is engaged to the device.

\* \* \* \* \*