# Exhibit C



December 2, 2014

**<u>VIA EMAIL & U.S. MAIL</u>**

Paul J. Esatto, Jr.
Scully, Scott, Murphy & Presser PC
400 Garden City Plaza
Suite 300
Garden City, NY 11530

Re: Global Plasma Solutions, LLC v. Plasma Air International, Inc.

Dear Mr. Esatto:

At your invitation, we again write concerning your client, Plasma Air International, Inc.'s ("Plasma Air") blatant and intentional infringement of Global Plasma Solutions, LLC's ("GPS") intellectual property.  As we are sure you are aware, United States Patent No. 8,873,215 was granted on October 28, 2014 for GPS' Ion Generator Mounting Device.

Because Plasma Air cannot conceptualize and develop original products, your client blatantly copied GPS' invention after viewing a brochure describing and illustrating the device. Plasma Air distributes and sells this product under the name "Plasma Bar," and various representatives of Plasma Air are actively distributing and selling this product.  Plasma Air intentionally misrepresented the Plasma Bar as its own invention to ASHRAE.  Accordingly, your client and its representatives' activity in this regard constitutes patent infringement in violation of 35 U.S.C. § 271.  Further, your client was placed on notice of GPS' patent application on November 18, 2013.  Despite this notice, your client continued to sell and distribute the "Plasma Bar" that amounts to intentional infringement of the '215 patent, entitling GPS to treble damages and attorney's fees pursuant to 35 U.S.C. §§ 284, 285.

Your client claims its Plasma Bar is patented in the 2015 AHR Expo.  Please provide us with this patent number.  Assuming your client has not patented this device and is attempting to deceive the consuming public, we will provide this information to the Federal Trade Commission for investigation into the continued false and deceptive advertising practices of your client.

Continuing Plasma Air's complete disregard for GPS' intellectual property, Plasma Air is now distributing and selling its Model PA 600 ionization device.  Again, this is a direct copy of GPS' device that is disclosed in U.S. Patent Publication No. 2014/0078639.

In addition to the foregoing, we demand within fourteen (14) days from the date of this letter, your client provide us with the following:

1

1) A statement detailing the number of Plasma Bars and Model PA 600 ionization devices in your inventory;

2) A complete and total accounting of all sales Plasma Air has made, and profits Plasma Air has earned from its sales of the Plasma Bar;

3) A written assurance that you will immediately cease any further promotion, advertisement, distribution, sale, and manufacture of the infringing Plasma Bars and Model PA 600; and

4) The name and contact information of all Plasma Air representatives and distributors that sold the Plasma Bar and/or Model PA 600.

We look forward to your prompt reply.

Very Truly Yours,

Seth L. Hudson