# Exhibit E



# UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/021,507 | 09/09/2013 | Charles Houston WADDELL | 5658CIP | 1165 |

22474          7590          04/09/2015
Clements Bernard PLLC
1901 Roxborough Road
Suite 250
Charlotte, NC 28211

| EXAMINER |
|---|
| JACKSON, STEPHEN W |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2836 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 04/09/2015 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

patlaw@worldpatents.com

UNITED STATES DEPARTMENT OF COMMERCE
**U.S. Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450

| APPLICATION NO./ CONTROL NO. | FILING DATE | FIRST NAMED INVENTOR / PATENT IN REEXAMINATION | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 14/021,507 | 09 September, 2013 | WADDELL ET AL. | 5658CIP |

| | EXAMINER |  |
|---|---|---|
| Clements Bernard PLLC<br>1901 Roxborough Road<br>Suite 250<br>Charlotte, NC  28211 | STEPHEN W. JACKSON | |
| | ART UNIT | PAPER |
| | 2836 | 20150402 |

DATE MAILED:

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner for Patents

IDS of 1-14-15 has been considered. Device of US patent 4,809,127 is inverted when compared to the claimed invention which recites at least one wire extending from the top portion of the device.

/STEPHEN W JACKSON/
Primary Examiner, Art Unit 2836

PTO-90C (Rev.04-03)

Application/Control Number: 14/021,507 Page 2
Art Unit: 2836

The present application is being examined under the pre-AIA first to invent provisions.

## EXAMINER'S AMENDMENT

An examiner's amendment to the record appears below. Should the changes and/or additions be unacceptable to applicant, an amendment may be filed as provided by 37 CFR 1.312. To ensure consideration of such an amendment, it MUST be submitted no later than the payment of the issue fee.

The application has been amended as follows: In claim 1, line 7 and claim 8, line 9, before "device" insert --top portion of the--.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to STEPHEN W. JACKSON whose telephone number is (571)272-2051. The examiner can normally be reached on 6:30am-3:00pm M-F.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Thienvu Tran can be reached on 571-270-1276. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Application/Control Number: 14/021,507                                                                    Page 3
Art Unit: 2836

   Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.


SWJackson

April 2, 2015

/STEPHEN W JACKSON/
Primary Examiner, Art Unit 2836