IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| PLASMA AIR INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> GLOBAL PLASMA SOLUTIONS, LLC, <br><br> Defendant | CIVIL ACTION FILE <br><br> NO. 3:15-CV-01054-RNC |

**MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, Defendant Global Plasma Solutions, LLC ("Global"), in lieu of filing an answer, hereby files this motion to dismiss plaintiff's [21] First Amended Complaint for Declaratory Judgment of Patent Invalidity and Unenforceability in its entirety for lack of subject matter jurisdiction. As set forth in the accompanying Memorandum, Plaintiff Plasma Air International, Inc. ("PAI"), cannot maintain subject matter jurisdiction over its declaratory judgment claims in this case because Global has offered, and continues to offer, a covenant not to sue PAI on U.S. Patent No. 9,025,303 ("the '303 Patent"), the only patent at issue in this declaratory judgment action. As a result, no case or controversy exists between

Global and PAI concerning the '303 Patent, and Global respectfully requests that this action be dismissed for lack of subject matter jurisdiction.

This Motion is supported by all matters of record, and the Declaration of Daniel A. Kent (with exhibits) and supporting Memorandum filed herewith.

Respectfully submitted, this 23rd day of September, 2015.

By: */s/ Alexander E. Andrews*
Alexander E. Andrews, ct27811
Alix, Yale & Ristas, LLP
750 Main Street, Suite 1400
Telephone: (860) 527-9211
Facsimile: (860) 527-5029
E-mail: aandrews@pctlaw.com

Daniel A. Kent
phv07657
dan@kentiplit.com
KENT LAW, P.C.
555 N Point Ctr E Ste 400
Alpharetta, GA 30022
Tel:  (404) 585-4214
Fax:  (404) 829-2412

Attorneys for Defendant

3

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was filed electronically and served by First Class Mail postage prepaid on any party unable to accept electronic filing.  Notice of the filing will be sent via email to all registered parties by the Court's CM/ECF electronic filing system.

                                           */s/ Alexander E. Andrews*
                                           Alexander E. Andrews