UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| PLASMA AIR INTERNATIONAL, INC., COMPANY., ET AL | : : : |
| Plaintiff, | : : |
| V. | :  CASE NO. 3:15 CV-1054(RNC) |
| GLOBAL PLASMA SOLUTIONS, LLC., | : : |
| Defendant. | : |

### NOTICE AND ORDER

The court has reviewed the file in this case to monitor the parties' compliance with Local Rule 26(f).  Local Rule 26(f) provides that, within 30 days after the appearance of any defendant, the attorneys of record and any unrepresented parties must confer for the purposes described in Fed. R. Civ. P. 26(f).  Local Rule 26(f) further provides that, within 14 days after the conference, the participants must jointly complete and file a report of the conference using Form 26(f).

It appears that more than forty days have passed since the appearance of a defendant in this case, but no joint report has been filed.  Accordingly, it is hereby ordered that the parties file the required report on or before November 19, 2015.

So ordered.

Dated at Hartford, Connecticut this 5th day of November 2015.

                                                              /s/ RNC
                                          Robert N. Chatigny
                                   United States District Judge