**Proposed Pretrial Deadlines**

| Event | Date |
|---|---|
| Discovery Opens | March 1, 2016 or 30 days after the Court rules on Defendants' pending [26] motion to dismiss the first amended complaint, whichever is later |
| Initial Disclosures | March 1, 2016 or 30 days after the Court rules on Defendants' pending [26] motion to dismiss the first amended complaint, whichever is later |
| Amended Pleadings Without Leave of Court | April 15, 2016 |
| Initial Infringement Contentions | N/A |
| Initial Invalidity Contentions | May 16, 2016 or 105 days after the Court rules on Defendants' pending [26] motion to dismiss the first amended complaint, whichever is later |
| Exchange Claim Terms for Construction | June 1, 2016 or 120 days after the Court rules on Defendants' pending [26] motion to dismiss the first amended complaint, whichever is later |
| Exchange of Proposed Constructions and Supporting Evidence | June 15, 2016, or 135 days after the Court rules on Defendants' pending [26] motion to dismiss the first amended complaint, whichever is later |
| Joint Disputed Claim Terms Chart | July 1, 2016, or 150 days after the Court rules on Defendants' pending [26] motion to dismiss the first amended complaint, whichever is later |
| Opening *Markman* Briefs | August 5, 2016, or 35 days after the service and filing of the Joint Disputed Claims Chart, whichever is later |
| *Claim Const. Discovery* Deadline Including *Markman* Expert Deposition | September 2, 2016, or 30 days after the service and filing of Opening *Markman* Briefs, whichever is later |
| Responsive *Markman* Briefs | September 17, 2016,  or 15 days after Claim Construction Discovery closes, whichever is later |
| *Markman* Hearing | TBD by Court |
| Motions to join additional parties and to amend the pleadings | February 15, 2017 |
| Final Infringement Contentions | N/A |
| Opinions of Counsel | 42 days after service of the Court's Claim Construction Ruling |
| Final Invalidity Contentions | 50 days after service of the Court's Claim Construction Ruling |

| | |
|---|---|
| Close of Fact Discovery | 90 days after service of the Court's Claim Construction Ruling |
| Expert Reports | 120 days after service of the Court's Claim Construction Ruling |
| Rebuttal Expert Reports | 150 days after service of the Court's Claim Construction Ruling |
| Close of Expert Discovery | 90 days after Close of Fact Discovery |
| Dispositive Motions Deadline | 45 days after Close of Expert Discovery |
| Joint Trial Memorandum | TBD |
| Trial | TBD |