THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **PLASMA AIR INTERNATIONAL, INC.,**<br>                              **Plaintiff,**<br><br>                    v.<br><br>**GLOBAL PLASMA SOLUTIONS, LLC,**<br>                              **Defendant.** | Case No.: 3:15-cv-01054-RNC |

## JOINT MOTION TO ADJOURN HEARING ON MOTION TO DISMISS

Plaintiff Plasma Air International, Inc. and Defendant Global Plasma Solutions, LLC jointly move for an adjournment of the scheduled Telephone Conference Re: Motion to Dismiss [26] set for January 25, 2016 at 2:00 PM before Judge Robert N. Chatigny.

The parties have been involved in settlement negotiations and believe they are close to a settlement of the action.  The potential settlement will require a product redesign and additional time will be required for the redesign and review of the redesign.

Accordingly, in the interest of avoiding unnecessary motion practice and use of the Court's time, the parties jointly request that the scheduled January 25, 2016 hearing on the Motion to Dismiss be adjourned.

The parties will submit a status report on March 8, 2016 with respect to the status of settlement.

This is the first such request for an extension of time.

| | | |
|---|---|---|
| Plaintiff: | | PLASMA AIR INTERNATIONAL, INC. |
| | By: | */s/ Stephen P. McNamara* <br> Stephen P. McNamara, ct01220 <br> ST. ONGE STEWARD JOHNSTON & REENS, LLC <br> 986 Bedford Street <br> Stamford, Connecticut 06905-5619 <br> Telephone: (203) 324-6155 <br> Email:  smcnamara@ssjr.com <br>          litigation@ssjr.com |
| | | Seth Weinfeld (pro hac vice) <br> SCULLY, SCOTT, MURPHY & PRESSER, P.C. <br> 400 Garden City Plaza, Ste 300 <br> Garden City, New York  11530 <br> Telephone: (516) 742-4343 <br> Email: sweinfeld@ssmp.com |
| Defendant: | | GLOBAL PLASMA SOLUTIONS, LLC |
| | By: | */s/ Alexander E. Andrews* <br> Alexander E. Andrews, ct27811 <br> Thomas J. Menard, ct23491 <br> ALIX, YALE & RISTAS, LLP <br> 750 Main Street, Suite 1400 <br> Telephone: (860) 527-9211 <br> Email:  aandrews@pctlaw.com <br>          tmenard@pctlaw.com |
| | | Daniel A. Kent (pro hac vice) <br> Kent Law, P.C. <br> 555 North Point Center East, Ste 400 <br> Alpharetta, GA 30022 <br> Telephone: (404) 585-4214 <br> Email: dan@kentiplit.com |

## **CERTIFICATE OF SERVICE**

This is to certify that a true and accurate copy of the foregoing JOINT MOTION TO ADJOURN HEARING ON MOTION TO DISMISS was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.


<u>January 19, 2016</u>                                             */s/ Jessica L. White*
Date