IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| PLASMA AIR INTERNATIONAL, INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>GLOBAL PLASMA SOLUTIONS, LLC,<br><br>      Defendant | CIVIL ACTION FILE<br><br>NO. 3:15-CV-01054-RNC<br><br>March 31, 2016 |

# **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties to this action hereby stipulate to the dismissal of all claims asserted in this action with prejudice.

*/s/ Stephen P. McNamara*
Stephen P. McNamara, ct01220
St. Onge Steward Johnston & Reens, LLC
986 Bedford Street
Stamford, Connecticut 06905-5619
Telephone: (203) 324-6155
Email:  smcnamara@ssjr.com
        Litigation@ssjr.com

Seth Weinfeld (admitted pro hac vice)
Scully, Scott, Murphy & Presser, P.C.
400 Garden City Plaza, Ste 300
Garden City, New York 11530
Telephone: (516) 742-4343
Email: sweinfeld@ssmp.com

Attorneys for Plaintiff
Plasma Air International, Inc.

*/s/ Alexander E. Andrews*
Alexander E. Andrews, ct27811
Alix, Yale & Ristas, LLP
750 Main Street, Suite 1400
Telephone: (860) 527-9211
Facsimile: (860) 527-5029
E-mail: aandrews@pctlaw.com

Daniel A. Kent
(admitted pro hac vice)
Georgia Bar Number 415110
dankent@kentrisley.com
KENT & RISLEY LLC
555 N Point Ctr E Ste 400
Alpharetta, GA 30022
Tel:  (404) 585-4214
Fax:  (404) 829-2412

Attorneys for Defendant
Global Plasma Solutions LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically and served by First Class Mail postage prepaid on any party unable to accept electronic filing.  Notice of the filing will be sent via email to all registered parties by the Court's CM/ECF electronic filing system.

*/s/ Stephen P. McNamara*
Stephen P. McNamara
